United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 24, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-30914
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TAMMY M. SCOTT, also known as Sealed Defendant 1,

Defendant-Appellant

--------------------
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:04-CR-156-1
--------------------

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Tammy M. Scott challenges the 60-month sentence that was

imposed following her conviction for three charges of

distribution of cocaine base.  She argues that counsel rendered

ineffective assistance and that the district court erred by

failing to sua sponte recognize counsel's deficiencies and to

reduce her sentence accordingly.

We decline to review Scott's ineffective assistance claim in

this direct appeal.  See United States v. Higdon, 832 F.2d 312,

313-14 (5th Cir. 1987).  Scott's argument concerning the district

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

court's purported failure to recognize counsel's deficiencies is unpersuasive.  The judgment of the district court is AFFIRMED.